**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Johnathan Luther HILL, Defendant— Appellant.**

**No. 05–30254.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 17, 2006.

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Johnathan Luther Hill appeals pro se from the district court's order denying his motion for writ of error audita querela. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We affirm the district court's order because Hill's conviction became final in 1999, and this court has held that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), does not apply retroactively to convictions that became final prior to its publication. *See*

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*United States v. Cruz,* 423 F.3d 1119, 1121 (9th Cir.2005) (per curiam).

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.